**11 CV. 4950**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ivan Nicholivich Konstantinovich,
BA degree in Sociology, CSC 1964
MS·c (Masters in Economics) VCU 1982

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

(1) Yvonne G. Smith (clerk) & (2) Iris Jordan (deputy clerk)
Henrico County General District Court (Be)
Richmond, VA 232N.
(2) Dept. of Health Statistics & Vital Records
New York, N.Y. 10007 & N.Y.P.D. ONE POLICE PLZ.
(3) NEW YORK STATE DEPT. OF MOTOR Vehicles (DMV California)
(4) New York - N.J. Port Authority Rail & Bus Terminals.
(5) U.S. Deptmnst (STATE &) OFFICE OF HOMELAND SECURITY.
(6) Governor Chris Christie's Senator Bill Bradley
(7) Gov (former) #1 (Greevy re: Christy Whitman

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

*(In the space above enter the full names(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names listed in the above
caption must be identical to those contained in Part I. Addresses should
not be included here.)*

(8) Dept. of Immigration & Naturalization
Philadelphia, PA or San Diego, CA.

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Ivan Nicholivich Konstantinovich,
Street Address   142 So. Tennessee Ave, Ste 17
County, City   Atlantic City
State & Zip Code   New Jersey 08401
Telephone Number   (609) 344-7117 (609) 344-8965

B. List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where each
defendant may be served. Make sure that the defendant(s) listed below are identical to those contained
in the above caption. Attach additional sheets of paper as necessary.

**RECEIVED JUN 27 2011 PRO SE OFFICE**

Rev. 05/2010

**Defendant No. 1**  
Name: Yvonne G. Smith & Tris Jordan — CLERK OF COURT, deputy clerk  
Street Address: c/o Henrico County District / General Court Use Bldg  
County, City: Richmond, VA.  
State & Zip Code: 23274  
Telephone Number: _____

**Defendant No. 2**  
Name: Clerk(s) Supv. Dept. of Health Statistics & Vital Records  
Street Address: 125 Worth Street  
County, City: New York, NY  
State & Zip Code: 10007 — Police Dept. / NEW YORK POLICE PLAZA / ONE POLICE PLAZA / NEW YORK, NY 10007  
Telephone Number: _____

**Defendant No. 3**  
Name: State of New York, Dept. of Motor Vehicles  
Street Address: Swan Cole Street  
County, City: Albany, New York — U.S. Dept. of State & Office of Homeland Security  
State & Zip Code: _____  
Telephone Number: _____

**Defendant No. 4**  
Name: New York-New Jersey Port Authority — Bus Station / Rail Stop / Transport  
Street Address: Grand Central Station  
County, City: New York  
State & Zip Code: N.Y. 10015  
Telephone Number: _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*  
☐ Federal Questions  ☒ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?  
Defendants state(s) of citizenship: Condoleezza Rice, Hilary Rodham Clinton,  
Defendant(s) state(s) of citizenship: Chris Christie, Sen. Bill Bradley, Gov. McGreevy (State of N.J.) re: Christy Whitman, (Former Gov.)  
Ivan Nicholivich Constantinovich

Rev. 05/2010

III.    **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? Within the Continental U.S.A. re: NY, NY, NJ, Pennsylvania, Washington DC, Virginia, Illinois, Missouri, Louisiana, Arizona, Washington, California...

B.  What date and approximate time did the events giving rise to your claim(s) occur? Initially, from the late 60's to Present...

C.  Facts: [What happened to you? Who did what?] In earlier correspondence, I sent onto you a RELEASE OF MEDICAL RECORDS that I received from UNITY HEALTH CARE, 425 2ND Street, NW, Washington, DC 20001, (202) 508-0500 · FAX: (202) 508-0525...

[Was anyone else involved? Who else saw what happened?] Those matters of course as you have READ &/or Submissa [submitted?] w/ all other correspondence/Material/Copies, as to ALL INVOLVED, re: TRIAL HEARING BY JUDGE & JURY...! Witnesses should be called in the Order(s) Necessary by the PLAINTIFF(S) Representatives (ATTY).

IV.     **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. RE: See above 'RELEASE OF MEDICAL RECORDS' UNITY HEALTH CARE, 425 2ND Street N.W., Washington DC 20001 (202) 508-0500 Fax (202) 508-0525...

Ivan Nicholivich Konstantinowich

Rev. 05/2010

V.  **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

$90 Trillion

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of JUNE, 2011.

Signature of Plaintiff  Ivan Vichliuich Konstantinowich

Mailing Address  1425 So. Tennessee Ave
(Ste 17)
Atlantic City, N.J. 08401

Telephone Number (609) 344-7117 (609) 344-8965

Fax Number *(if you have one)*

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ___ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff
Inmate Number

*Rev. 05/2010*



JUNE 24, 2011

RECEIVED
SDNY PRO SE OFFICE
2011 JUN 27 PM 4:08

PRO SE OFFICE
UNITED STATES DISTRICT COURT
Southern District of NEW YORK
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street  ROOM 230
NEW YORK, N.Y. 10007

Att: Ruby J. Krajick,
CLERK OF COURT

POST: SEE ACCOMPANYING
HERE WITH, MY COM-
PLAINT FORM
IN ITS ENTIRETY

Just as in my Correspondence of just yesterday JUNE 23, 2011, regards an Earlier matter pertaining to

Ivan Nicholivich Konstantinovich, LTD.
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-A

my <u>In Forma Pauperis</u> (Application Fee) and whereby I included a Western Union M.O in the amount of $100.00, so here to, I will be sending onto you shortly, to include towards this <u>In Forma Pauperis</u> (APPLication Fee) $350.00

Yours truly,

— Ivan Nicholivich Constantinovich LTD.
(662·32·3903A)

1425 So. Tennessee Ave.,
Suite(1)
ATLantic City, NJ
08401
(609) 344-7117
(609) 344-8965